

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Samantha
Yvette Valenzuela and Angel Ezau
Valenzuela and In the Interest of S.E.V., a
Minor Child

No. 06-23-00064-CV

Appeal from the County Court at Law No.
1 of Starr County, Texas (Tr. Ct. No. CC-
23-339). Memorandum Opinion delivered
by Chief Justice Stevens, Justice van Cleef
and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 12, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk